IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JIMMY B SCHOBERT,

    Plaintiff,
v.                                            CASE NO. 5:16-cv-262-LC-GRJ

JULIE JONES, et al.,

    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 22, 2016 (ECF No. 4). The Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has accepted Plaintiff's Motion for a Certificate of Appealability (ECF No. 5) as objections to the Report and Recommendation.

Having considered the Report and Recommendation and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  The complaint, ECF No. 1, is **DISMISSED.**

**DONE AND ORDERED** this 26th day of October, 2016.

    *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**